EXHIBIT A

COLLECTION LETTERS

**SENTRY CREDIT, INC.**

2809 Grand Ave ✦ Everett, WA 98201

November 3, 2016
Telephone: 800-608-2581
sentrycredit.com
Our hours of operation are:
9am to 6pm PST.

| NAME | AGENCY ACCOUNT NUMBER | AMOUNT DUE |
|---|---|---|
| ERIC GARRETSON | 0004731190 | $3877.61 |

Current Creditor: JH Portfolio Debt Equities LLC
Original Charge-off Creditor: SYNCHRONY BANK
Original Charge-off Creditor Acct#: ENDING IN 2667
Account #: Ending in 1185
Current Interest Rate: 0.00%
Agency Account #: 0004731190

Principal: $3,877.61
Interest: $0.00
Other Costs: $0.00
**Total Balance: $3,877.61**

**YOU ARE HEREBY NOTIFIED:**
1. That the above account has been assigned to us for collection.
2. That the above entitled account is in default and your attention is needed to resolve this matter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Our client JH Portfolio Debt Equities LLC is willing to offer you a settlement and repayment terms on your outstanding balance at this time. We would like to extend the following options to you for repaying your account balance:

**Option 1:** Settle your account for a lump-sum payoff of $2,326.57. That is a savings of 40% on your outstanding account balance.

**Option 2:** Lower your payment amount and settle your account in three payments of $1,034.03. This option saves you $775.52 and further extends your settlement payment term to 3 months.

**Option 3:** Call today for flexible repayment terms.

Upon receipt of all required payments, your account will be considered settled and you will not be obligated to pay the remaining balance. The terms of this settlement are final, and we have no obligation to renegotiate them at a later date. You must make all required payments by their agreed upon due dates. Subject to applicable law, payments submitted as a result of this settlement are not eligible for refund at any time, except in rare instances, such as where the total of all payments made exceed the total amount due under the terms of this settlement. If, as a result of this settlement, the amount forgiven or cancelled on this debt equals or exceeds $600, the IRS may require the creditor to report the amount forgiven or cancelled on a Form 1099-C. You may receive this form for the year in which the settlement is completed. If you would like advice about the potential tax consequences that may result from this settlement, my client recommends that you consult a tax professional of your choosing. My client does not make any representations about the tax consequences that this settlement may have for you or any reporting requirement that may be imposed.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

Contact us with one of our convenient options:

| Mail: ✉ | Call: ☎ | Online: 🖥 |
|---|---|---|
| SENTRY CREDIT, INC.<br>P.O. Box 12070<br>EVERETT, WA 98206-2070 | Call Toll-Free at:<br>**800-608-2581** | www.sentrycredit.com<br>MasterCard  AMERICAN EXPRESS  VISA |

DETACH AND RETURN THIS PORTION WITH PAYMENT

DEPT 988
PO BOX 4115
CONCORD CA 94524

|||Barcode|||

ADDRESS SERVICE REQUESTED

ERIC GARRETSON
RALPH C YOUNG
PO BOX 959
FAYETTEVILLE WV 25840-0959

**Regarding**
Current Creditor: JH Portfolio Debt Equities LLC

| Agency Account # | Balance | Amount Enclosed |
|---|---|---|
| 0004731190 | $3877.61 | |

**REMIT TO:**
SENTRY CREDIT, INC.
P.O. Box 12070
EVERETT, WA 98206-2070

SCI86-1116-800604594-00016-16

## STATE SPECIFIC RIGHTS

For **CALIFORNIA** residents: The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission 1-877-FTC-HELP or www.ftc.gov.

Nonprofit credit counseling services may be available in the area.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

You may request records showing the following: (1) that JH Portfolio Debt Equities LLC has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date of default or the date of the last payment; (4) the name of the charge-off creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the charge-off creditor's or debt buyer's records prior to the sale of the debt, as appropriate; and (6) the names of all persons or entities that have purchased the debt. You may also request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to: JH Portfolio Debt Equities LLC, c/o Sentry Credit, Inc., P.O. Box 12070, Everett, WA 98206

For **COLORADO** residents: Our physical in-state office is located at 13111 E. Briarwood Ave. #340, Centennial, CO 80112. The phone number is 303-309-3839.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any action authorized by law to collect the debt.

For **CONNECTICUT** residents: The following notice pertains to medical collections only.
Each hospital which holds or administers one or more hospital bed funds shall require its collection agents, in all bills and collection notices, to include a one-page summary describing the hospital bed fund and how to apply for such funds. The summary shall also describe any free or other reduced cost policies for the indigent and shall clearly distinguish hospital bed funds from other sources of financial assistance. The summary shall include notification that the patient is entitled to reapply upon rejection and that additional funds may be available on an annual basis. In addition, the collection agency must provide notice to the patient whether the hospital deems the patient an insured patient or an uninsured patient and the reasons for such determination.

For **MASSACHUSETTS** residents: NOTICE OF IMPORTANT RIGHTS:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

For **MINNESOTA** residents: This collection agency is licensed by the Minnesota Department of Commerce.
If you feel that your concerns have not been addressed, please contact us and allow us the opportunity to try and address your concerns. Or, you have the option to address any concerns with the Minnesota Attorney General's Office, which can be reached at 651-296-3353 or 1-800-657-3787.

For **NEVADA** residents:
The following notice pertains to medical collections only.
If the consumer pays or agrees to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) an acknowledgment of the debt by the consumer; and (2) a waiver by the consumer of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt; and (3) if the consumer does not understand or has questions concerning his/her legal rights or obligations relating to the debt, the debtor should seek legal advice.

For **NORTH CAROLINA** residents: North Carolina Permit number 4518.

For **TENNESSEE** residents: Sentry Credit, Inc. is licensed by the collection service board of the department of commerce and insurance.

For **UTAH** residents: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

For **WYOMING** residence: As required by law, you are hereby notified that a negative credit report on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**This communication is from a debt collector.**



SCANNED

SCI86-1116-800604594-00016-16

**SENTRY CREDIT, INC.**
RECOVERY SPECIALISTS

2809 Grand Ave ✦ Everett, WA 98201

November 18, 2016
Telephone: 800-608-2581
sentrycredit.com
Our hours of operation are:
9am TO 6pm PST.

Current Creditor: JH Portfolio Debt Equities LLC
Original Charge-off Creditor: SYNCHRONY BANK
Original Charge-off Creditor Acct#: ENDING IN 6760
Account #: Ending in 3367
Current Interest Rate: 0.00%
Agency Account #: 0004731123

Principal: $1,462.74
Interest: $0.00
Other Costs: $0.00
**Total Balance: $1,462.74**

You are hereby notified:

1. That the above account has been assigned to us for collection.
2. That the above entitled account is in default and your attention is needed to resolve this matter.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Our client JH Portfolio Debt Equities LLC is willing to offer you a settlement and repayment terms on your outstanding balance at this time. We would like to extend the following options to you for repaying your account balance:

**Option 1:** Settle your account for a lump-sum payoff of $731.37. That is savings of 50% on your outstanding account balance.

**Option 2:** Lower your payment amount and settle your account in three payments of $341.31. This option saves you $438.82 and further extends your settlement payment term to 3 months.

**Option 3:** Call today for flexible repayment terms.

Upon receipt of all required payments, your account will be considered settled and you will not be obligated to pay the remaining balance. The terms of this settlement are final, and we have no obligation to renegotiate them at a later date. You must make all required payments by their agreed upon due dates. Subject to applicable law, payments submitted as a result of this settlement are not eligible for refund at any time, except in rare instances, such as where the total of all payments made exceed the total amount due under the terms of this settlement. If, as a result of this settlement, the amount forgiven or cancelled on this debt equals or exceeds $600, the IRS may require the creditor to report the amount forgiven or cancelled on a Form 1099-C. You may receive this form for the year in which the settlement is completed. If you would like advice about the potential tax consequences that may result from this settlement, my client recommends that you consult a tax professional of your choosing. My client does not make any representations about the tax consequences that this settlement may have for you or any reporting requirement that may be imposed.

***DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT***

DEPT 988
PO BOX 4115
CONCORD CA 94524

| Regarding | | |
|---|---|---|
| Current Creditor: JH Portfolio Debt Equities LLC | | |
| Account # | Balance | Amount Enclosed |
| 0004731123 | $1462.74 | $ |

ADDRESS SERVICE REQUESTED

Please Make Check Payable to:



ERIC GARRETSON
106 COOK LN
NAOMA WV 25140-9647

SENTRY CREDIT, INC.
P.O. Box 12070
EVERETT, WA 98206-2070

SC/88-1116-800604769-00127-127