IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ERIC GARRETSON,

        Plaintiff,

v.                                          CIVIL ACTION NO. 5:17-cv-04171

SENTRY CREDIT, INC., and
JH PORTFOLIO DEBT EQUITIES, LLC,

        Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order granting the Defendants' motion to dismiss, the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                                    ENTER:     April 3, 2018

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA